IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 15 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| VS | * CRIMINAL NO. B-05-284 |
| Jose Maria Olivares-Figueroa | |

## ORDER

BE IT REMEMBERED on this __14__ day of __July__, 20__05__, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed **April 14, 2005**, wherein the defendant **Jose Maria Olivares-Figueroa** waived appearance before this Court and appeared before the United States Magistrate Judge **Felix Recio** for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant **Jose Maria Olivares-Figueroa** to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant **Jose Maria Olivares-Figueroa, guilty of the offense of alien unlawfully found in the United States after deportation, having been convicted of a felony, in violation of 8 U.S.C. 1326 (a) and (b)(1).**

SIGNED this the __14__ day of __July__, 20__05__.

Hilda G. Tagle
United States District Judge